STRADLING YOCCA CARLSON & RAUTH, P.C.
Fred Neufeld (SBN 150759)
Marianne Mortimer (SBN 296193)
Tatiana Ingman (SBN 314284)
100 Wilshire Boulevard, 4th Floor
Santa Monica, CA 90401
Telephone: (424) 214-7000
Facsimile: (424) 214-7010
E-mail: fneufeld@sycr.com
mmortimer@sycr.com
tingman@sycr.com

*Attorneys for Alleged Debtor KP3 Endeavors, Inc.*

FILED
ENTERED
LODGED
RECEIVED

APR - 6 2018

CLERK, U.S. BANKRUPTCY COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY KD DEPUTY

**UNITED STATES BANKRUPTCY COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| In re:<br><br>KP3 ENDEAVORS, INC.<br><br>Alleged Debtor. | Case No. 18-00007-MM7<br>Assigned: Judge Margaret M. Mann<br>Involuntary Chapter 7<br><br>**JOINT EXHIBIT LIST**<br><br>Final PTC: April 6, 2018<br>Trial Date: April 9, 2018<br>Action Filed: January 2, 2018 |

The parties submit the following joint list of exhibits that may be introduced at the trial of the above-captioned matter, excluding impeachment exhibits.

| Exhibit Number | Authentication | Legal Ground for Objection | Description |
|---|---|---|---|
| 1 | | | 3/6/2018 Petitioning Creditors' Notice of Deposition of the PMK for the Alleged Debtor, KP3 Endeavors, Inc.; 3 pages |
| 1A | Meislik Declaration | | 1/25/2018 Declaration of Adam Meislik in Support of Alleged Debtor KP3 Endeavors, Inc.'s Emergency Motion to Limit Notice Under Federal Rules of Bankruptcy Procedure 1003(b) with attached Solvency Opinion of KP3 Endeavors; 28 pages |
| 2 | | | 3/1/2017 Promissory Note (Optional Advance Note) in the amount of $1,000,000.00; 3 pages |
| 2A | Meislik Declaration | | 12/31/2017 Generally Paying Debts as They Come Due; 34 pages¶ |
| 3 | | | 12/28/2017 E-Mail from Bonnie Pancheri to Bobby Karr, Subject: Wiring Information; 1 page |
| 4 | | | 2/17/2017 Promissory Note; 5 pages |
| 5 | | | 2/1/2017 Short Term Line of Credit, (Optional Advance Promissory Note); 3 pages |
| 6 | | | 7/21/2017 REPS Loan Advances to KP3; 1 page |
| 7 | | | 1/18/2017 Action of the Sole Incorporator and Board of Directors in Lieu of Holding an Organizational Meeting of KP3 Endeavors, Inc.; 19 pages |
| 8 | | | Agreement for Purchase and Sale of Tickets between Premier Enterprises, Inc., and KP3 Endeavors, Inc.; 8 pages |
| 9 | | | 3/1/2017 Agreement for Purchase and Sale of Tickets between REPS Investments, Inc., and KP3 Endeavors, Inc.; 8 pages |
| 10 | | | 1/8/2018 E-Mail string from Bobby Karr to Justin N. Owens and others, Subject: Settlement Negotiations; 2 pages |

| Exhibit Number | Authentication | Legal Ground for Objection | Description |
|---|---|---|---|
| 11 | Neufeld Decl. ¶ 2(d) | | 11/30/2017 Letter from Justin Owens to Charles Hoge; 2 pages |
| 12A | | | 11/30/2017 Partners Bank statement; 2 pages |
| 12B | | | 12/31/2017 Partners Bank statement dated 12/31/17; 2 pages |
| 12C3 | | | 1/31/2018 Partners Bank statement; 2 pages |
| 13 | | | 1/31/2018 Partners Bank statement; 2 pages |
| 14 | | | 1/5/2018 Partners Bank statement 2 pages |
| 15 | | | 2/1/2017 License Agreement for Ticket Marketing Rights; 13 pages |
| 16 | | | 2/1/2017 License Agreement for Ticket Marketing Rights; 12 pages |
| 17 | | | 1/24/2018 Answer to Involuntary Petition; 8 pages |
| 18 | | | 2/14/2018 Notice of Filing of KP3 Endeavor Inc.'s Amended List of Creditors; 9 pages |
| 32 | | | 1/18/17 Agreement of Employment entered into with John R. Pancheri [KP3BK0000815-KP3BK0000822] |
| 33 | | | 6/4/15 Agreement of Employment entered into with Robert Karr [KP3BK0000823-KP3BK0000830] |
| 34 | | | 1/19/18 Involuntary Petition Against a Non-Individual, Dkt. #6 |
| 35 | | | 7/10/17 Short Term Line of Credit Optional Advance Promissory Note Not to Exceed $5,000,000 in favor of Bob K, Inc. [KP3BK0001320-KP3BK0001322] |
| 36 | | | 7/10/17 Renewal Short Term Line of Credit Optional Advance Promissory Note Not to Exceed $10,000,000 [KP3BK0001323-KP3BK0001325] |
| 36 | | | 7/10/17 Short Term Line of Credit Optional Advance Promissory Note Not to Exceed $5,000,000 in favor of SD Endeavors, Inc. [KP3BK0001326-KP3BK0001328] |

| Exhibit Number | Authentication | Legal Ground for Objection | Description |
|---|---|---|---|
| A | Thomas Pancheri 6:18-25 | | 1/17/2018 Requests for documents and requests for the person most knowledgeable for Bonnie L. Pancheri Trust and REPS |
| AA | Glen Jaffe, 54:1-15 | | 5/25/2017 Invoice for Parts/Services |
| AB | Glen Jaffe, 61:17-62:7 | | 6/3/2017 E-Mail string from Ryan Pancheri to Glen Jaffe, Subject: Just to make sure |
| AC | Glen Jaffe, 64:4-9 | | 6/5/2017 E-Mail string from Glen Jaffe to Ryan Pancheri, Subject: Just to make sure¶ |
| AD | Glen Jaffe, 67:20-68:3 | | 9/7/2017 E-Mail string from Ryan Pancheri to Glen Jaffe, Subject: Internet Service Upgrade |
| AE | Glen Jaffe, 70:1-5 | | 9/22/2017 E-Mail string from Ryan Pancheri to Glen Jaffe, Subject: Sublime |
| AF | Glen Jaffe, 71:10-15 | | 9/25/2017 E-Mail string from Glen Jaffe to Ryan Pancheri, Subject: Coldplay tx |
| AG | Glen Jaffe, 77:13-25 | | 8/24/2017 Credit Card Authorization Form |
| AH | Glen Jaffe, 79:17-80:18; 86:25-87:4; 118:4-13 | | 3/14/2018 E-Mail from Glen Jaffe to Bobby@kp3endeavors.com, Subject: November Services |
| AI | Glen Jaffe, 83:17-84:19 | | 3/2/2018 Joinder of San Diego Computer Consulting in Involuntary Bankruptcy Petition |
| AJ | Karr Decl. ¶ 33 | | 2/13/2018 E-Mail string from Bobby Karr to Joanne Walters, Subject: Credit Card Auto-Pay |
| AK | Glen Jaffe, 92:22-93:4 | | 12/1/2017 Invoice for Parts/Services |
| AL | Verified discovery response | | 2/20/2018 Response Of The Bonnie L. Pancheri Trust To Kp3 Endeavors, Inc.'S (1) First Set Of Interrogatories And (2) First Set Of Requests For Production Of Documents, specifically InterrogatoryNos. 1, 2, 4, 6, 7, 16 |
| AM | Verified discovery response | | 2/20/2018 Responses Of Reps Investments, Inc. To Kp3 Endeavors, Inc.'S (1) First Set Of Interrogatories And (2) First Set Of Requests For Production Of Documents, specifically Interrogatory Nos. 1, 2, 4, 5, 6, 8, 9 |

| Exhibit Number | Authentication | Legal Ground for Objection | Description |
|---|---|---|---|
| AN | Reporter's Certificate attached thereto | | 1/17/18 Transcript of the Deposition of Tom Pancheri |
| AO | Reporter's Certificate attached thereto | | 2/26/18 Transcript of the Deposition of Ryan Pancheri |
| AP | Reporter's Certificate attached thereto | | 2/26/18 Transcript of the Deposition of Erik Pancheri |
| AQ | Reporter's Certificate attached thereto | | 3/20/18 Transcript of the Deposition of Glen Jaffe |
| AR | KP3's Request for Judicial Notice | | 11/8/17 Articles of Incorporation of REPS & Company, Inc. |
| AS | KP3's Request for Judicial Notice | | 2/6/18 Statement of Information filed by REPS Investments, Inc. with the California Secretary of State |
| AT | KP3's Request for Judicial Notice | | 2/26/18 Statement of Information filed by TEAM REPS, Inc. with the California Secretary of State |
| AU | Karr Decl. ¶ 39 | | 10/1/17 & 11/1/17 #Slack Billing Statements for the months of September and October 2017 |
| AV | Karr Decl. ¶ 39-42 | | 9/27/17-10/4/07 Excerpt from Slack Conversation |
| AW | Karr Decl. ¶ 39-42 | | 10/4/17-10/11/17 Excerpt from Slack Conversation |
| AX | Karr Decl. ¶ 39-42 | | 9/25/17-9/26/17 Excerpt from Slack Conversation |
| AZ | Karr Decl. ¶ 39-42 | | 10/2/17-10/13/17 Slack Conversation |
| B | Thomas Pancheri 16:19-17:17; Eric Pancheri 22:23-23:5 | | 1/2/2018 Involuntary Petition Against a Non-individual |
| BA | Karr Decl. ¶ 39-42 | | 9/19/17-10/6/17 Excerpt from Slack Conversation |
| BB | Karr Decl. ¶ 39-42 | | 9/29/17-10/17/17 Excerpt from Slack Conversation |
| BC | Karr Decl. ¶ 39-42 | | 2/3/17-10/13/17 Excerpt from Slack Conversation |
| BD | Karr Decl. ¶ 39-42 | | 10/1/17-10/4/17 Excerpt from Slack Conversation |
| BE | | | 7/7/16-10/26/17 Text Messages by Erik Pancheri |
| BF | Erik Pancheri Deposition | | 5/15/17-10/26/17 Text messages between Tom Pancheri and Pops [EP-00005427 to EP-00005497] |
| BG | Ryan Pancheri Deposition | | 5/19/17-10/26/17 Text messages between Ryan Pancheri and Pops [EP-00005498 to EP-00005627] |

| Exhibit Number | Authentication | Legal Ground for Objection | Description |
|---|---|---|---|
| BH | Production of Party-Opponent | | 10/2/17 E-Mail from "Your New Wells Fargo Account" to Ryan Pancheri, Subject: Get started with your new Wells Fargo business account |
| BI | Production of Party-Opponent | | 10/2/17 E-Mail from feedback@slack.com on behalf of Slack to Ryan Pancheri, Subject: Eric Severn has invited you to join a Slack workspace |
| BJ | Production of Party-Opponent | | 10/4/17 E-Mail from AirtableTeam/Eric Severn to Ryan Pancheri, Subject: Eric Severn (ericsevern@teammvrks.com) invited you to their team Tech |
| BK | Production of Party-Opponent | | 10/4/17 E-Mail from AirtableTeam/Eric Severn to Ryan Pancheri, Subject: Eric Severn (ericsevern@teammvrks.com) invited you to their team People who know |
| BL | Production of Party-Opponent | | 10/11/17 Meeting Notice re Video Call organized by ericsevern@teammvrks.com addressed to ryan@teammvrks.com; scott@teammvrks.com; ericsevern@teammvrks.com |
| BM | Production of Party-Opponent | | 10/9/2017 E-Mail from Wells Fargo Business Banking to Ryan Pancheri, Subject: Simple ways to get money into your new business account |
| BN | Karr Declaration ¶ 34 | | 1/18/17 Agreement of Employment between KP3 Endeavors, Inc. and Erik Pancheri |
| BO | Karr Declaration ¶ 34 | | 1/18/17 Agreement of Employment between KP3 Endeavors, Inc. and Ryan Pancheri |
| BP | Production of Party-Opponent | | 10/5/17 E-Mail from Tom Pancheri to Ryan Pancheri; and Erik Pancheri, Subject: KP3 Proposal |
| BQ | Production of Party-Opponent | | 10/5/17 Proposal attached to 10/5/17 8:42 AM E-Mail from Tom Pancheri |
| BR | Production of Party-Opponent | | 10/6/17 E-Mail from Tom Pancheri to Ryan Pancheri; and Erik Pancheri, Subject: KP3 Separation |
| BS | Production of Party-Opponent | | 10/3/17 E-Mail from Anthony Pham to Ryan Pancheri, Subject: Sage Intacct & Team Mavericks Introduction |
| BU | Neufeld Decl. ¶ 2(a) | | 10/30/2017 Letter from Justin Owens to Charles Hoge in response to Hoge's October 26, 2017 correspondence |

| Exhibit Number | Authentication | Legal Ground for Objection | Description |
|---|---|---|---|
| BV | Neufeld Decl. ¶ 2(a) | | 11/3/2017 Defendants' Requests for Production of Documents and Things, Set No. One |
| BW | Neufeld Decl. ¶ 2(c) | | 11/14/2017 Plaintiff KP3 Endeavors, Inc.'s Notice of Deposition of Erik Pancheri and Request for Production of Documents |
| BX | KP3's Request for Judicial Notice | | 11/14/2017 Plaintiff KP3 Endeavors, Inc. First Amended Complaint |
| BY | Neufeld Decl. ¶ 2(f) | | 12/9/2017 Letter from Justin Owens to Charles Hoge Re: Meet and Confer re: Refusal To Comply With Deposition Notice and Request for Documents |
| BZ | Neufeld Decl. ¶ 2(h) | | 12/29/2017 Defendants' Objections to Notice of Deposition of Erik Pancheri and Production of Documents |
| C | Thomas Pancheri 34:21-35:6; 36:9-13 | | 3/1/2017 Promissory Note (Optional Advance Note) |
| CA | KP3's Request for Judicial Notice<br><br>Neufeld Decl. ¶ 4 | | 1/18/2018 Defendants' Notice of Automatic Stay |
| CB | KP3's Request for Judicial Notice | | 1/2/2018 Declaration of Justin Owens in Support of Plaintiff's Ex Parte Application to Compel Deposition of Erik Pancheri |
| CC | Self-authenticating | | 1/2/2018 Declaration of Robert Karr in Support of Plaintiff's Ex Parte Application to Compel Deposition of Erik Pancheri |
| CD | KP3's Request for Judicial Notice<br><br>Neufeld Decl. ¶ 3 | | 1/2/2018 Plaintiff's Ex Parte Application to Compel Deposition of Erik Pancheri |
| CE | KP3's Request for Judicial Notice<br><br>Neufeld Decl. ¶ 6 | | 1/3/2018 Hearing Transcript Re Ex Parte Motion to Compel Deposition of Erik Pancheri |
| CF | Neufeld Decl. ¶ 7 | | 1/3/2018 Letter from Charles Hoge to Justin Owens requesting meaningful dialogue and interview |
| CG | Karr Decl. ¶ 23 | | 1/31/18 Partners Bank of California Statement for Business Checking XXXXXXXX4033 [KP3BK0000899-KP3BK0000900] |
| CH | Karr Decl. ¶ 23 | | 1/31/18 Partners Bank of California Statement for Business Checking XXXXXXXX3786 [KP3BK0000901-KP3BK0000902] |

| Exhibit Number | Authentication | Legal Ground for Objection | Description |
|---|---|---|---|
| CI | Karr Decl. ¶ 23 | | 2/28/17 Partners Bank of California Statement for Business Checking XXXXXXXX2332 [KP3BK0000903-KP3BK0000908] |
| CJ | Karr Decl. ¶ 23 | | 3/31/17 Partners Bank of California Statement for Business Checking XXXXXXXX2332 [KP3BK0000909-KP3BK0000920] |
| CK | Karr Decl. ¶ 23 | | 4/30/17 Partners Bank of California Statement for Business Checking XXXXXXXX2332 [KP3BK0000921-KP3BK0000930] |
| CL | Karr Decl. ¶ 23 | | 5/31/17 Partners Bank of California Statement for Business Checking XXXXXXXX2332 [KP3BK0000931-KP3BK0000942] |
| CM | Karr Decl. ¶ 23 | | 6/30/17 Partners Bank of California Statement for Business Checking XXXXXXXX2332 [KP3BK0000943-KP3BK0000954] |
| CN | Karr Decl. ¶ 23 | | 7/31/17 Partners Bank of California Statement for Business Checking XXXXXXXX2332 [KP3BK0000955-KP3BK0000964] |
| CO | Karr Decl. ¶ 23 | | 8/31/17 Partners Bank of California Statement for Business Checking XXXXXXXX2332 [KP3BK0000965-KP3BK0000974] |
| CP | Karr Decl. ¶ 23 | | 9/30/17 Partners Bank of California Statement for Business Checking XXXXXXXX2332 [KP3BK0000975-KP3BK0000986] |
| CQ | Karr Decl. ¶ 23 | | 10/31/17 Partners Bank of California Statement for Business Checking XXXXXXXX2332 [KP3BK0000987-KP3BK0000996] |
| CR | Karr Decl. ¶ 23 | | 11/30/17 Partners Bank of California Statement for Business Checking XXXXXXXX [KP3BK0000997-KP3BK0001008] |
| CS | Karr Decl. ¶ 23 | | 1/31/18 Partners Bank of California Statement for Business Checking XXXXXXXX2332 [KP3BK0001009-KP3BK0001018] |
| CT | Karr Decl. ¶ 23 | | 12/31/2017 Partners Bank of California Statement for Business Checking XXXXXXXX2332 [KP3BK0000267-KP3BK0000276] |
| CU | Produced by Party-Opponent | | 3/21/18 San Diego Computer Consulting - Balance Details for KP3 Endeavors (Accrual Basis) |

| Exhibit Number | Authentication | Legal Ground for Objection | Description |
|---|---|---|---|
| CV | KP3's Request for Judicial Notice | | 10/24/17 Complaint filed by KP3 Endeavors, Inc. in the State Court Action |
| CW | | | 12/7/17 Objections to the Notice of Deposition of Erik Pancheri and Production of Documents.pdf |
| CX | Neufeld Decl. ¶ 2(g) | | 12/11/17 E-Mail from Charles Hoge to Justin Owens.pdf |
| CY | Neufeld Decl. ¶ 2(e) | | 12/7/17 E-Mail from Justin Owens to the Hoge Law Firm.pdf |
| CZ | Neufeld Decl. ¶ 8 | | 12/8/17 E-Mail from Charles Hoge to Justin OwensL.pdf |
| D | Eric Pancheri 16:25-17:6; Ryan Pancheri 76:20-77:7 | | 3/1/2017 Agreement for Purchase and Sale of Tickets Between REPS Investments, Inc., and KP3 Endeavors, Inc. |
| DA | Neufeld Decl. ¶ 9 | | 12/9/17 E-Mail from Charles Hoge to Justin Owens |
| DB | Neufeld Decl. ¶ 10 | | 12/12/17 Amended Notice of Deposition |
| DC | Neufeld Decl. ¶ 11 | | 12/30/17 E-Mail from Justin Owens to Charles Hoge |
| DD | Neufeld Decl. ¶ 12 | | 1/2/18 E-Mail from Justin Owens to Charles Hoge |
| DE | | | 1/2/18 Objections to the Notice of Deposition of Erik Pancheri and Production of Documents |
| DF | Karr Decl. ¶ 38 | | Excel Spreadsheet summarizing cancelled events for which REPS sold tickets to KP3 |
| DG | Karr Decl. ¶ 24 | | Complete Set of Bank Statements for KP3 Segregated Accounts |
| DH | Produced by Party-Opponent | | 10/6/17 Correspondence between Tom Pancheri and Erik Pancheri relating to separation from KP3 |
| E | Robert Karr, 25:19-21 | | 11/29/2017 E-mail from Ryan Pancheri to Bobby Karr |
| F | | | 11/30/2017 Letter from Mr. Owens to Mr. Hoge re: KP3 Endeavors, Inc., v Erik Pancheri, et al. |

| Exhibit Number | Authentication | Legal Ground for Objection | Description |
|---|---|---|---|
| G | Eric Pancheri, 18:3-18 | | 12/10/2017 E-mail from Erik Pancheri to Bobby Karr |
| H | Eric Pancheri, 20:11-21:17<br><br>Karr Decl. ¶ 17 | | 2/1/2017 Short Term Line of Credit Optional Advance Promissory Note; and<br>7/10/2017 Renewal Short Term Line of Credit |
| I | | | 1/5/2018 Printout from Partners Bank of California |
| J | Neufeld Decl. ¶ 2(b) | | 11/10/2017 Letter from Mr. Hoge to Mr. Owens re: KP3 Endeavors, Inc., vs. Ryan Pancheri, et al. |
| K | Ryan Pancheri 19:24-20:18 | | 1/29/2018 Declaration of Ryan Pancheri in Response to KP3's Motion to Limit Notice |
| L | Erik Pancheri, 45:15-20; Ryan Pancheri 23:1-20 | | 2/14/2018 Notice of Filing of KP3 Endeavor Inc.'s Amended List of Creditors |
| M | Erik Pancheri 69:20-70:10; Ryan Pancheri 85:16-86:11 | | 2/20/2018 Response of REPS Investments, Inc. to KP3 Endeavors, Inc.'s (1) First Set of Interrogatories and (2) First Set of Requests for Production of Documents |
| N | Ryan Pancheri Depo. at 91:13-23 | | 1/18/2017 Action of the Sole Incorporator and Board of Directors in Lieu of Holding an Organizational Meeting of KP3 Endeavors, Inc. |
| O | Ryan Pancheri Depo. at 93-95 | | Undated REPS Loan Advances to KP3, undated |
| P | Ryan Pancheri 98:7-23<br><br>Karr Decl. ¶ 17 | | 7/10/2017 Action of the Board of Directors of KP3 Endeavors, Inc. |
| Q | Ryan Pancheri 129:5-130:8 | | Text messages between Erik Pancheri, Ryan Pancheri, and Tom Pancheri dated from from July 2016 through October 2017<br>Bates Nos. RP-00001396 to -1619 |
| R | Ryan Pancheri 135:18; 136:2-137:9 | | Text messages between Erik Pancheri, Ryan Pancheri, and Tom Pancheri dated from July 2016 through October 2017<br>Bates Nos. RP-00001620 to -2259 |

| Exhibit Number | Authentication | Legal Ground for Objection | Description |
|---|---|---|---|
| S | Ryan Pancheri 148:2-149:5 | | 10/5/2017 E-Mail from tom1202@gmail.com to ryan@teammvrks.com and erik@teammvrks.com, Subject: KP3 Proposal |
| T | Ryan Pancheri 154:25-155:25 Request for Judicial Notice | | 9/20/2017 Articles of Incorporation of Team REPS, Inc. |
| U | Ryan Pancheri 161:24-163:5 | | 10/2/2017 E-Mail from YourNewAccount@wellsfargo.com to ryan@teammvrks.com, Subject: Get started with Your New WELLS FARGO Business Account |
| V | Erik Pancheri, 28:19-30:3; 30:10-12 | | Text messages between Erik Pancheri, Ryan Pancheri, Tom Pancheri, and potentially others, miscellaneous dated from May 2017 through October 2017 Bates Nos. EP-00005498 to -5627 |
| W | Erik Pancheri 52:25-53:14 | | Text messages between Erik Pancheri, Ryan Pancheri, Tom Pancheri, dated from May 2017 through October 2017 Bates Nos. EP-00005427 to -5497 |
| X | Glen Jaffe, 13:21-14:2 | | 3/5/2018 Alleged Debtor KP3 Endeavors, Inc.'s Notice of Deposition of Glen Jaffe and Request for Production of Documents |
| Y | Glen Jaffe, 25:15-26:9 | | 3/20/2018 E-Mail string from Thomas Gorrill to Justin Owens, Subject: Glens Deposition |
| Z | Glen Jaffe, 52:8-24 | | 5/12/2017 E-Mail from Glen Jaffe to Ryan Pancheri, Subject: Network Wiring Quote |

DATED: April 3, 2018

STRADLING YOCCA CARLSON & RAUTH, P.C.

By: /s/ Fred Neufeld
Fred Neufeld
Tatiana Ingman
Jeremy Rothstein
Attorneys for Debtor
KP3 ENDEAVORS, INC.